AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>SAUL URIEL NUNEZ-VEGA<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>1:23-mj-00212-CL |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/14/2023_____ in the county of _____Jackson_____ in the _____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

S/ Caleb Michaud
_____
*Complainant's signature*

Caleb Michaud, SA, HSI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __11:20__ a.m./p.m.

Date: ___12/15/23___

_____
*Judge's signature*

City and state: ____Medford, Oregon____   MARK D. CLARKE, U.S. Magistrate Judge
_____
*Printed name and title*